| | | | |
|---|---|---|---|
| | AUSA: | Andrew Picek | Telephone: (313) 226-9652 |
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: | Jimmie Pharr, ATF | Telephone: (313) 202-3400 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
   v.
Dionte Lamar Hatcher

Case: 2:25−mj−30609
Assigned To : Unassigned
Assign. Date : 9/23/2025
Description: CMP USA v Hatcher
(SH)

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 20, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Jimmie Pharr, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: September 23, 2025

_____
Judge's signature

City and state: Detroit, MI

Hon. Anthony P. Patti, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## CRIMINAL COMPLAINT AND ARREST WARRANT

I, Jimmie Pharr, Special Agent for the Bureau of Alcohol, Tobacco, Firearms and Explosives, being duly sworn, hereby depose and state as follows:

### I.     INTRODUCTION

1. I have been a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives since January 17, 2016. I am currently assigned to the Detroit Field Division. I completed 26 weeks of training, which was comprised of the Criminal Investigator Training Program and the ATF Special Agent Basic Training program at the Federal Law Enforcement Training Center in Glynco, Georgia. I received extensive training on firearms identification, common scenarios involving firearms and narcotics trafficking, and identification and effects of controlled substances. Additionally, I received training on undercover investigations related to firearms and narcotics trafficking, which included investigative techniques and common subject behavior. I was also employed as a Detroit Police Department Officer for approximately three years, 2013-2016. During my DPD employment, I conducted and

participated in numerous criminal investigations focused on individuals who illegally possessed firearms and narcotics.

2. This affidavit is in support of criminal complaint and application for an arrest warrant for Dionte Lamar HATCHER for the crime of Title 18, U.S.C. § 922(g)(1), felon in possession of a firearm.

3. The facts in this affidavit come from my personal observations, training, experience, and information obtained from ATF Special Agents, Task Force Officers, Police Officers, Detectives and witnesses. This affidavit is intended to show that there is sufficient probable cause for the requested warrant and does not set forth all information known to law enforcement regarding this investigation.

## II. SUMMARY OF THE INVESTIGATION

4. On September 20, 2025, at approximately 3:19 p.m. officers of the Detroit Police Department (DPD) were on patrol in the area of Annabelle St. near Visger St. in Detroit, Michigan, in the Eastern District of Michigan. Officers were patrolling in a semi-marked police vehicle when they stopped to speak with a black male entering the rear driver seat of a White 2011 Chevrolet Equinox bearing Michigan license plate number EZK3468. Officers observed the driver of the white 2011

Chevrolet Equinox, later identified as Dionte HATCHER, make a stuffing motion toward the right side of his body appearing to conceal a weapon or contraband. DPD officers exited their vehicle to further investigate HATCHER. Officers immediately asked HATCHER if he possessed a concealed pistol license (CPL) and HATCHER stated he did not have a CPL.

5. Officers then asked HATCHER to exit the vehicle multiple times. HATCHER did not comply. Officers gained control of HATCHER's left arm through the lowered driver side window. Officers then opened the driver side door, at which time HATCHER stepped out of the vehicle. HATCHER began physically resisting officers in what the officers characterized as an attempt to flee.

6. HATCHER was eventually placed in handcuffs and arrested for resisting and obstructing. DPD officers searched HATCHER and recovered a silver AMT pistol, model: Back Up, caliber: .380, from HATCHER's right shorts pocket. The firearm was loaded with a round in the chamber. Officers queried the firearm and HATCHER in the law enforcement information network (LEIN). The firearm was not

registered, and HATCHER did not possess a concealed pistol license. The officers arrested HATCHER for carrying a concealed pistol.

7. As an ATF Interstate Nexus Agent, I know that AMT pistols are not manufactured in the State of Michigan. Therefore, it is in my preliminary opinion that the above stated firearm traveled in interstate or foreign commerce prior to HATCHER's possession of it.

8. HATCHER has the following criminal history:

   a. 2008, felony: Armed Robbery and Felony Firearm, 3rd Circuit Court of Michigan, Wayne County.

   b. 2017, felony: Assaulting, Resisting, & Obstructing, 3rd Circuit Court of Michigan, Wayne County.

   c. 2022, felony: Assault with a Dangerous Weapon, 3rd Circuit Court of Michigan, Wayne County.

   d. 2022, felony: Assaulting, Resisting, & Obstructing, 3rd Circuit Court of Michigan, Wayne County.

9. HATCHER is a convicted felon and was convicted of violations that were punishable of more than one year in prison. I reviewed records from MDOC, including form CSJ-290 signed by HATCHER on

4

January 18, 2024, which informed him in writing that he is prohibited from possessing firearms or ammunition.

### III.  CONCLUSION

10. Probable cause exists that on September 20, 2025, Dionte Lamar HATCHER, a convicted felon, was in possession of an AMT pistol, model: Back Up, caliber: .380, manufactured outside the State of Michigan, knowing that he was a felon and prohibited from possessing any firearms or ammunition, in violation of Title 18, U.S.C. § 922(g)(1).

Respectfully submitted,

_____
Jimmie Pharr, Special Agent,
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
HONORABLE ANTHONY P. PATTI
UNITED STATES MAGISTRATE JUDGE

Dated: ___September 23, 2025___

5